# United States District Court
## Violation Notice

CVB Location Code: WL2

**Violation Number:** F 4063160
**Officer Name (Print):** C. Gordon
**Officer No.:** 1861

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 6/15/14 1705
**Offense Charged:** 36 CFR 261.54(a)
**Place of Offense:** FS 205 Kincaid Lc, Aux
**Offense Description:** Speeding 29mph - 15mph speed zone

### DEFENDANT INFORMATION

**Last Name:** Desselle
**First Name:** Bryant
**M.I.:** P

**Tag No.:** C126598
**State:** LA
**Year:** 02
**Make:** Ford
**Type:** Grn
**Color:** Trk

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 65.2 Forfeiture Amount
+ $25 Processing Fee

**PAY THIS AMOUNT →** $ 90.2 Total Collateral Due

### YOUR COURT DATE

**Court Address:** will be notified if necessary

**X Defendant Signature:** [signature]

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy) U.S. Magistrate Judge